■ BOHLEN INDUSTRIES OF NORTH AMERICA, INC., et al., Respondents, v FLINT OIL & GAS, INC., et al., Appellants. (Appeal No. 2.) — Appeal unanimously dismissed as moot (see *Bohlen Inds. v Flint Oil & Gas* (Appeal No. 1) (106 AD2d 909). (Appeal from order of Supreme Court, Erie County, Marshall, J. — leave to renew and reargue.) Present — Dillon, P. J., Hancock, Jr., Denman, Boomer and O'Donnell, JJ.